UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-04782-SSS-SSC                 Date: March 26, 2026

Title        Patricia Surjue v. Department of Homeland Security et al

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                                      n/a
Deputy Clerk                            Court Reporter / Recorder

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
None Present                                  None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On May 27, 2025, Plaintiff Patricia Surjue filed a complaint against the U.S. Department of Homeland Security (DHS); Kristi Noem, Secretary of DHS; U.S. Citizenship and Immigration Services (USCIS); and Lory C. Torres, Director of the Los Angeles office of USCIS.  (ECF 1.)  On February 25, 2026, Defendants filed a motion to dismiss (ECF 29), and the Court ordered Plaintiff to file an opposition or non-opposition to the motion no later than March 19, 2026 (ECF 30).  The deadline to file an opposition or non-opposition has passed and the court has not received any response or any other communication from Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-04782-SSS-SSC                    Date: March 26, 2026

Title        Patricia Surjue v. Department of Homeland Security et al


        Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **April 1, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order.

        If Plaintiff files a response to the motion to dismiss no later than **April 1, 2026**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.


        Plaintiff is cautioned that failure to file a timely response to the motion to dismiss will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.


**IT IS SO ORDERED.**


                                                                                 :
                                          Initials of Preparer          **ts**